UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :
         - v. -              :     **UNSEALING ORDER**
                              :
RYAN HULT,                     :     S10 17 Cr. 243 (SHS)
                              :
          Defendant.        :
                              :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by and through Assistant United States Attorneys Kiersten A. Fletcher, Benet J. Kearney, and Robert B. Sobelman, it is hereby ORDERED that Superseding Information S10 17 Cr. 243 (SHS), which was previously filed under seal, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York

        March 4, 2021

                                            _____
                                            HON. SIDNEY H. STEIN
                                            UNITED STATES DISTRICT JUDGE