UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br><br>V.<br><br>**RYAN HULT**<br>**Defendant.** | (SEALED CRIMINAL MATTER)<br>S10-17 Cr. 243 (SHS)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON ORAL MOTION** |

Upon the oral motion of Eric V. Kleiner, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bars of the states of New York, New Jersey and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Eric V. Kleiner, Esq.

Firm Name: Law Offices of Eric V. Kleiner, Esq.

Address: 59 Jefferson Street

City / State / Zip: Nyack, NY 10960

Telephone / (201) 394-6229; Fax/ (845) 353-7828; email/ erickleiner@verizon.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the defendant **Ryan Hult**, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 5/16/2019

_____
United States District / Magistrate Judge